Allene B. Quarant, Plaintiff-Appellant, v. Robert Parkinson, Defendant-Appellee.

Gen. No. 63–M–21.

Fourth District.
November 15, 1963.
Rehearing denied December 30, 1963.

J. D. Quarant, of Elizabethtown, and R. W. Harris, of Marion, for appellant; Twente & Jelliffe, of Harrisburg, for appellee. Opinion by JUDGE SCHEINEMAN. Not to be published in full.